UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL DOCKET 1586 |
|---|---|
| | No. 1:05-cv-02876-JFM |
| This Document Relates To: *McGraw v. AIM Advisors, Inc., et al* | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Darrell V. McGraw, Jr., Attorney General of the State of West Virginia, hereby voluntarily dismisses, without prejudice, the action captioned *McGraw v. AIM Advisors, Inc. et al.*, and assigned case number 1:05-cv-02876-JCM.

Date: April 14, 2006

Respectfully submitted,

Anthony J. Majestro
Special Assistant Attorney General
Powell & Majestro, P.L.L.C.
405 Capitol Street, Suite P-1200
Charleston, West Virginia 25301
(304) 346-2889

*Attorneys for Plaintiff, Darrell V. McGraw, Jr.*